# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

CHRISTIAN HAMPTON,                                                    PLAINTIFF
ADC #162105

v.                              3:21CV00077-DPM-JTK

JOE PAGE, et al.                                                      DEFENDANTS

## ORDER

On May 20, 2021, the Court determined that Plaintiff's complaint adequately stated a claim of excessive force against Defendant John Moss. (Doc. No. 8)

IT IS, THEREFORE, ORDERED that service is appropriate for the Defendant John Moss. The Clerk of the Court shall prepare summons for the Defendant and the United States Marshal is hereby directed to serve a copy of the Complaint (Doc. No. 2) and summons on Defendant in care of the Arkansas Board of Correction and Community Punishment Compliance Division, P.O. Box 20550, Pine Bluff, AR 71612-0550, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 27th day of May, 2021.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE