IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHRISTIAN HAMPTON,                                                                PLAINTIFF
ADC #162105

V.                                    3:21CV00077-DPM-JTK

JOE PAGE, et al.                                                                  DEFENDANTS

## ORDER

Defendant Michael Cochran's Motion for Extension of Time (Doc. No. 42) is GRANTED for good cause shown, namely, the inability to depose Plaintiff because of Covid-19 preventative measures at the unit of the Arkansas Division of Correction where Plaintiff is confined. FED. R. CIV. P. 6(b)(1)(A), (B). Accordingly, the discovery deadline in this case is extended up to and including March 11, 2022. The dispositive motions deadline is extended up to and including April 10, 2022.

IT IS SO ORDERED this 11th day of January, 2022.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE