# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

CHRISTIAN HAMPTON,                                                          PLAINTIFF
ADC #162105

V.                                  3:21CV00077-DPM-JTK

JOE PAGE, et al.                                                            DEFENDANTS

## ORDER

Christian Hampton's ("Plaintiff") Motion for Copies (Doc. No. 51) is GRANTED. Plaintiff says he has not received a copy of Defendant Michael Cochran's summary judgment papers. Accordingly, the Clerk of the Court is directed to send Plaintiff a copy of docket entries 45, 46, and 47.

IT IS SO ORDERED this 27th day of April, 2022.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE