IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHRISTIAN HAMPTON
ADC #162105                                                                    PLAINTIFF

v.                              No. 3:21-cv-77-DPM

JOE PAGE, Warden, Grimes Unit;
NATHAN WILLIAMS, Sergeant,
Grimes Unit; MICHAEL COCHRAN,
Sergeant, Grimes Unit; CLINTON
BAKER, Lieutenant, Grimes Unit; and
JOHN MOSS, Sergeant, Grimes Unit                                  DEFENDANTS

## JUDGMENT

Hampton's complaint is dismissed with prejudice.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

8 September 2022